UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER DEVENNE,

      Plaintiff,

vs.                        **Case No.: 8:10-cv-1414-T-17MAP**

IGNITE MEDIA SOLUTIONS, LLC,

      Defendant.

                              /

## SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16, the Court finds it necessary to implement a schedule tailored to meet the particular circumstances of this case which is based on the Fair Labor Standards Act ("FLSA"). Therefore, consistent with the just, speedy, and inexpensive administration of justice (Fed. R. Civ. P. 1), it is

**ORDERED** that the provisions of Rule 26(a)(1) and Local Rule 3.05(c)(2)(B) and (d) concerning the initial disclosures and filing of a case management report are hereby waived. Instead, the parties shall comply with the following schedule:

1.    No later than 15 days from the date of this Order, Plaintiff shall answer the Court's Interrogatories (attached to this Order) under oath or penalty of perjury, serve a copy on Defendant, and file the answers with the Court entitled "Notice of Filing Answers to Court's Interrogatories."

2.    No later than 15 days after Plaintiff files Answers to the Court's Interrogatories, Defendant shall serve on counsel for Plaintiff and file with the Court a Verified Summary of all hours worked by Plaintiff during each relevant pay period, the rate of pay and wages paid, including overtime pay, if any. No later than 15 days after Plaintiff files Answers to the Court's

Interrogatories, Defendant shall also serve on Plaintiff's counsel (but *not* file) a copy of all time sheets and payroll records that support or relate to the time periods in the Verified Summary.

3. No later than 30 days after the parties have completed the exchange required by paragraphs 1 and 2 above, counsel for Plaintiff and Defendant shall meet and confer in person or telephonically in a good faith effort to settle all pending issues, including attorney's fees and costs. Counsel shall have full authority to settle, and shall set aside sufficient time for a thorough, detailed, and meaningful conference that is calculated to fully resolve the case by agreement.

4. No later than 10 days after the settlement conference, counsel jointly shall file a Report Regarding Settlement that notifies the Court whether: 1.) the parties have settled the case; 2.) the parties have not settled but wish to continue settlement discussions for a specific period of time; 3.) the parties wish to engage in a formal mediation conference before a specific mediator on or before a specific date; 4.) either party requests a settlement conference before the United States Magistrate Judge; or 5.) the parties have exhausted all settlement efforts and will file immediately a Case Management Report signed by counsel for all parties.

5. If the parties are able to agree on settlement in this case, they are directed to file a motion for approval of the settlement within 14 (fourteen) days from the date of the Notice of Settlement.

6. Due to the volume of cases based on the FLSA, the Court expects strict adherence to these deadlines. Exceptions will be granted only for compelling reasons. Failure to comply may result in the imposition of sanctions, including but not limited to the dismissal of the case and the striking of pleadings.

2

7.   Until further order of this Court, all discovery in this case is **STAYED,** except as provided in this Order.

8.   Either party, for good cause shown, may move to alter this schedule should circumstances warrant.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 22nd day of July, 2010.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies: All Parties of Record

## COURT'S INTERROGATORIES TO PLAINTIFF

1. During what period of time were you employed by the Defendant?

2. Who was your immediate supervisor?

3. Did you have a regularly scheduled work period? If so, specify.

4. What was your title or position? Briefly describe your job duties.

5. What was your regular rate of pay?

6. Provide an accounting of your claim, including:
    (a) dates

    (b) regular hours worked

    (c) over-time hours worked

    (d) pay received versus pay claimed

    (e) total amount claimed

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

8. Was this complaint written or oral? (If a written complaint, please attach a copy).

9. What was your employer's response? (If a written response, please attach a copy).

10. Did you maintain any records of the hours you worked? If so, identify all such records.

_____

JENNIFER DEVENNE

STATE OF FLORIDA
COUNTY OF _____

BEFORE ME, the undersigned authority, on this day, personally appeared, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this ___ day of _____ , 2010.

Notary Stamp
NOTARY PUBLIC

_____
Signature of Person Taking Acknowledgment
Print Name:
Title: Notary Public
Serial No. (if any):
Commission Expires:

4